■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY K. MOBLEY, Appellant. [705 NYS2d 277] —Appeal by the defendant from a judgment of the County Court, Nassau County (Kowtna, J.), rendered July 26, 1995, convicting him of robbery in the first degree (two counts) and robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit. O'Brien, J. P., Ritter, Sullivan and Smith, JJ., concur.